| | |
|---|---|
| Gregory D. Miller<br>Gene Y. Kang<br>Jenna Z. Gabay<br>**RIVKIN RADLER LLP**<br>21 Main Street, Suite 158<br>Court Plaza South – West Wing<br>Hackensack, New Jersey 07601<br>Telephone: (201) 287-2460<br>Facsimile:  (201) 287-0495 | Frank E. Scherkenbach (*pro hac vice* forthcoming)<br>**FISH & RICHARDSON, P.C.**<br>One Marina Park Drive<br>Boston, MA 02210-1878<br>Telephone: (617) 542-5070<br>Facsimile:  (617) 542-8906 |

Betty H. Chen (*pro hac vice* forthcoming)
**FISH & RICHARDSON P.C.**
500 Arguello Street Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

*Attorneys for Plaintiffs,*
*Galephar Pharmaceutical Research, Inc.,*
*Cipher Pharmaceuticals Inc.,*
*and Sun Pharmaceuticals Industries, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GALEPHAR PHARMACEUTICAL RESEARCH, INC., CIPHER PHARMACEUTICALS INC., and SUN PHARMACEUTICAL INDUSTRIES, INC.<br><br>            Plaintiffs,<br><br>     v.<br><br>UPSHER-SMITH LABORATORIES, LLC<br><br>            Defendant. | C.A. No._____ |

**GALEPHAR PHARMACEUTICAL RESEARCH, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Galephar Pharmaceutical Research, Inc. hereby states as follows:

1. Galephar Pharmaceutical Research, Inc. is a corporation organized and existing under the laws of Puerto Rico.

2. Galephar Pharmaceutical Research, Inc. has no parent corporation, and no publicly-held company owns 10% or more of Galephar Pharmaceutical Research, Inc.'s stock.

Dated: January 30, 2019

        Respectfully submitted,

        By: *s/ Gregory D. Miller*
        Gregory D. Miller
        Gene Y. Kang
        Jenna Z. Gabay
        **RIVKIN RADLER LLP**
        21 Main Street, Suite 158
        Court Plaza South –West Wing
        Hackensack, New Jersey 07601
        Telephone: 201-287-2460
        Facsimile: 201-489-0495

        Frank E. Scherkenbach (*pro hac vice* forthcoming)
        **FISH & RICHARDSON, P.C.**
        One Marina Park Drive
        Boston, MA 02210-1878
        Telephone: 617-542-5070
        Facsimile: 617-542-8906

        Betty H. Chen (*pro hac vice* forthcoming)
        **FISH & RICHARDSON P.C.**
        500 Arguello Street Suite 500
        Redwood City, CA 94063
        Telephone: 650-839-5070
        Facsimile: 650-839-5071

        *Attorneys for Plaintiffs,*
        *Galephar Pharmaceutical Research,*
        *Inc., Cipher Pharmaceuticals Inc.,*
        *and Sun Pharmaceuticals Industries,*
        *Inc.*